UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| SOFTVAULT SYSTEMS INC., | Case No.: 14-CV-05411-LHK |
| Plaintiff, | **CASE MANAGEMENT ORDER** |
| v. | |
| SENSUS USA INC, | |
| Defendant. | |

Plaintiff's Attorney: P.J. O'Mahoney
Defendant's Attorney: Marc Peters

An initial case management conference was held on March 25, 2015. A further case management conference is set for July 8, 2015, at 2:00 p.m. The parties shall file their joint case management statement by July 1, 2015.

The Court adopts the parties' proposed discovery limits set forth in their joint case management statement as follows:
- Each party is limited to 25 interrogatories.
- Each party is limited to 50 requests for admissions, not including requests for admission for the purpose of authenticating documents.
- Each party is limited to 75 requests for production.
- Each party is limited to 7 total hours of expert witness deposition testimony for each expert retained by the opposing party. However, should an expert issue more than one expert report, the opposing party is entitled to 7 additional hours of expert witness deposition testimony for each additional expert report issued by the particular expert.
- Each party is limited to 10 total fact witness depositions and 70 total hours of fact witness deposition testimony. Federal Rule of Civil Procedure 30(b)(6) depositions are included in

1

Case No.: 14-CV-05411-LHK
CASE MANAGEMENT ORDER

- the 70 total hours. All 30(b)(6) testimony is limited to 14 hours per side regardless of the number of 30(b)(6) topics or witnesses.
- In no event shall any single deposition of a witness exceed 7 hours on the record, with the exception of an expert witness who may be deposed for 7 hours per report provided, and 30(b)(6) witnesses who may be deposed pursuant to the 14 hour limitation above.

The Court set the following case schedule:

| | |
|---|---|
| Exchange of Initial Disclosures | 4/17/2015 |
| Disclosure of Asserted Claims and Infringement Contentions | 5/1/2015 |
| Invalidity Contentions | 6/12/2015 |
| Parties Exchange Proposed Claim Terms for Construction | 6/26/2015 |
| Last Day to Meet and Confer on Proposed Terms | 7/10/2015 |
| Parties Exchange Preliminary Claim Constructions and Identify Supporting Evidence and Experts | 7/17/2015 |
| Last Day to Meet and Confer on Narrowing Issues and Joint Claim Construction and Prehearing Statement | 7/31/2015 |
| Parties File Joint Claim Construction and Prehearing Statement | 8/14/2015 |
| Close of Claim Construction Discovery | 8/28/2015 |
| Claim Construction Opening Briefs Due | 9/25/2015 |
| Claim Construction Responsive Briefs Due | 10/16/2015 |
| Claim Construction Reply Briefs Due | 10/30/2015 |
| Technology Tutorial | 12/3/2015, at 1:30 p.m. |
| Claim Construction Hearing | 12/10/2015, at 1:30 p.m. |
| Last Day to Amend Pleadings / Add Parties | 1/15/2016 |
| Fact Discovery Cutoff | 5/6/2016 |
| Parties Serve Initial Expert Reports | 6/10/2016 |
| Parties Serve Rebuttal Expert Reports | 7/13/2016 |
| Close Expert Discovery | 8/12/2016 |
| Last Day to File Dispositive Motions | 9/1/2016 |
| Hearing on Dispositive Motions | 10/13/2016, at 1:30 p.m. |

Case No.: 14-CV-05411-LHK
CASE MANAGEMENT ORDER

| Final Pretrial Conference | 12/22/2016, at 1:30 p.m. |
| Jury Trial | 1/16/2017, at 9 a.m. |
| Length of Trial | 5 days |

**IT IS SO ORDERED.**

Dated: March 25, 2015

_____
LUCY H. KOH
United States District Judge

3

Case No.: 14-CV-05411-LHK
CASE MANAGEMENT ORDER